| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Zouhary, Jack | 2. Court or Organization District Court, Northern District of Ohio | 3. Date of Report 05/1/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) District Judge / Active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address U.S. District Court 1716 Spielbusch Avenue Toledo, OH 43604 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

*[stamp: 2009 MAY 15 P 1:28 RECEIVED FINANCIAL DISCLOSURE OFFICE]*

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Zouhary_Jack

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/1/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American College of Trial Lawyers | 1/24-26/2008 | Dallas, TX | National Symposium | Airfare, hotel, ground transportation, meals |
| 2. | Toledo Bar Association | 10/3/08 | Toledo, OH | TBA Bench/Bar Seminar | Registration Fee |
| 3. | American College of Trial Lawyers | 10/16-19/2008 | Pasadena, CA | Western Workshop | Airfare, hotel, ground transportation, meals |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/1/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/1/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. DTE Energy* | A | Dividend | J | T | | | | | |
| 2. Trust #1 (formerly Five M Trust) | G | Int./Div. | P2 | T | | | | | |
| 3. - Boeing* | | | | | | | | | |
| 4. - DCT Industrial Trust* | | | | | | | | | |
| 5. - Deere & Co* | | | | | | | | | |
| 6. - DPL* | | | | | | | | | |
| 7. - General Electric* | | | | | | | | | |
| 8. - Intel* | | | | | | | | | |
| 9. - I Shares TR Russell Mid Cap Value* | | | | | | | | | |
| 10. - Motorola* | | | | | | | | | |
| 11. - Pepsico* | | | | | | | | | |
| 12. - Pennsylvania Mutual Fund | | | | | | | | | |
| 13. - Thornburg Intl / Value Fund | | | | | | | | | |
| 14. - US Bancorp Delaware New* | | | | | | | | | |
| 15. - Schafer Cullen Account (transfer Optique Capital Mgt) | | | | | Sold | 12/31 | L | | |
| 16. - Abbott Labs* | | | | | | | | | |
| 17. - AT&T* | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/1/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Atmos Energy* | | | | | | | | | |
| 19. - BP PLC* | | | | | | | | | |
| 20. - Cardinal Health Inc Ohio * | | | | | | | | | |
| 21. - Coca Cola* | | | | | | | | | |
| 22. - Eaton* | | | | | | | | | |
| 23. - Embarq* | | | | | | | | | |
| 24. - HSBC Holding* | | | | | | | | | |
| 25. - JP Morgan Chase* | | | | | | | | | |
| 26. - Key Corp* | | | | | | | | | |
| 27. - McDonald's* | | | | | | | | | |
| 28. - Merck & Co* | | | | | | | | | |
| 29. - PNC (formerly National City)* | | | | | | | | | |
| 30. - Royal Dutch Shell* | | | | | | | | | |
| 31. - Bristol-Myers Squibb* | | | | | | | | | |
| 32. - Conoco Philips* | | | | | | | | | |
| 33. - CBS* | | | | | | | | | |
| 34. - Colgate Palmolive* | | | | | | | | | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 = More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/1/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Conagra Foods* | | | | | | | | | |
| 36. - Du Pont E I DeNemours* | | | | | | | | | |
| 37. - HCP Inc. * | | | | | | | | | |
| 38. - Olin* | | | | | | | | | |
| 39. - Oracle* | | | | | | | | | |
| 40. - Walgreen* | | | | | | | | | |
| 41. - Whole Foods* | | | | | | | | | |
| 42. - Tradewinds NWQ Intl Value (Fund) | | | | | | | | | |
| 43. - Gabelli Equity Trust (Fund) | | | | | Sold | 6/13 | K | | |
| 44. - Cohen & Steers Intl (Fund) | | | | | | | | | |
| 45. - Blackrock National (Fund) | | | | | | | | | |
| 46. - Nuveen Ohio Mun (Fund) | | | | | | | | | |
| 47. - Federal Home Loan (Govt Bond) | | | | | | | | | |
| 48. - Federal National Mortgage (Bond) | | | | | | | | | |
| 49. - Sprint Nextel* | | | | | | | | | |
| 50. - Stryker* | | | | | | | | | |
| 51. - Windstream* | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/1/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. - Wisconsin Energy* | | | | | | | | | |
| 53. - 3 M* | | | | | | | | | |
| 54. - Eaton Vance Ohio Mun (Funds) | | | | | | | | | |
| 55. - Eaton Vance Tax (Funds) | | | | | | | | | |
| 56. - Amgen* | | | | | | | | | |
| 57. - Johnson & Johnson* | | | | | | | | | |
| 58. - Kohl's* | | | | | Sold | 11/28 | K | | |
| 59. - Microsoft* | | | | | | | | | |
| 60. - American Electric Power* | | | | | | | | | |
| 61. - Anheuser Busch* | | | | | Sold | 11/18 | M | G | |
| 62. - Bob Evans Farms* | | | | | | | | | |
| 63. - Citigroup* | | | | | | | | | |
| 64. - Pfizer* | | | | | | | | | |
| 65. - St. Paul Travelers* | | | | | | | | | |
| 66. - Teco Energy* | | | | | | | | | |
| 67. - Verizon Communications* | | | | | | | | | |
| 68. - William Wrigley, Jr.* | | | | | Sold | 11/7 | K | E | |

1. Income Gain Codes:     A =$1,000 or less     B =$1,001 - $2,500     C =$2,501 - $5,000     D =$5,001 - $15,000     E =$15,001 - $50,000
(See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes     J =$15,000 or less     K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
(See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
    P3 =$25,000,001 - $50,000,000     P4 =More than $50,000,000
3. Value Method Codes     Q =Appraisal     R =Cost (Real Estate Only)     S =Assessment     T =Cash Market
(See Column C2)     U =Book Value     V =Other     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/1/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Alcatel Lucent* | | | | | | | | | |
| 70. - Vanguard Ohio Tax-Free Fund | | | | | | | | | |
| 71. - Dividend Capital Total Realty Trust | | | | | | | | | |
| 72. - Senior Living Comntys Senior Sub Notes | | | | | | | | | |
| 73. - AIG Mitts LATAM Currency Note | | | | | | | | | |
| 74. - ML Currency BRIC Note | | | | | Sold | 6/10 | L | D | |
| 75. - Claymore Secs Defined 397 Zacks Select Port | | | | | Sold | 8/8 | K | | |
| 76. - Deutsche Bank PFD Trust IX | | | | | | | | | |
| 77. - I Shares TR S&P National Mun Bd Fund | | | | | | | | | |
| 78. - NCR* | | | | | | | | | |
| 79. - Tera Data* | | | | | | | | | |
| 80. - Waste Management* | | | | | | | | | |
| 81. - Verifone* | | | | | | | | | |
| 82. Trust #1 (formerly Five M Trust (Darke County, Ohio) | G | Rent | P1 | W | | | | | |
| 83. Trust #1 (formerly Five M Trust) | F | Interest | P1 | T | | | | | |
| 84. - Capital One (Accounts) | | | | | | | | | |
| 85. - Corus Bank (Accounts) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| Zouhary, Jack | - | 05/1/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Countrywide Bank (Accounts) | | | | | Redeemed | 3/2 | L | | |
| 87. - Fifth Third Bank (Accounts) | | | | | | | | | |
| 88. - Merrill Lynch (Accounts) (cash) | | | | | | | | | |
| 89. - Key Bank (Accounts) | | | | | | | | | |
| 90. - Thomas McDonald Partners (Accounts) | | | | | | | | | |
| 91. - Various Municipal Tax-Exempt Bonds (Lines 93-113) | | | | | | | | | |
| 92. - Greene County (Bond) | | | | | | | | | |
| 93. - Cincinnati Urban Redevelopment (Bond) | | | | | | | | | |
| 94. - Ohio State Water Development (Bond) | | | | | | | | | |
| 95. - Westlake Ohio City School (Bond) | | | | | | | | | |
| 96. - Cleveland Public Power (Bond) | | | | | | | | | |
| 97. - Wadsworth School Improvement (Bond) | | | | | | | | | |
| 98. - Marysville School District (Bond) | | | | | | | | | |
| 99. - Sharonville Ohio SPL (Bond) | | | | | | | | | |
| 100. - Waverly City School (Bond) | | | | | | | | | |
| 101. - Barberton City School (Bond) | | | | | | | | | |
| 102. - Springboro Sewer System (Bond) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/1/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Millcreek - West Unity School (Bond) | | | | | | | | | |
| 104. - Toledo Sewer System (Bond) | | | | | | | | | |
| 105. - Akron Economic Development (Bond) | | | | | | | | | |
| 106. - Anthony Wayne Local School (Bond) | | | | | | | | | |
| 107. - Butler County Sewer System (Bond) | | | | | | | | | |
| 108. - Ohio State Higher Education (Bond) | | | | | | | | | |
| 109. - Lakewood City School (Bond) | | | | | | | | | |
| 110. - Elida Local School (Bond) | | | | | | | | | |
| 111. - Butler County Transportation (Bond) | | | | | | | | | |
| 112. - Lorain Water System (Bond) | | | | | | | | | |
| 113. - Ross Sinclaire (Accounts) | | | | | | | | | |
| 114. - Metamora Bank (Accounts) | | | | | | | | | |
| 115. - Clorox | | | | | Buy | 6/8 | K | | |
| 116. - PPG | | | | | Buy | 1/18 | K | | |
| 117. - Q Com | | | | | Buy | 11/18 | K | | |
| 118. - VGT | | | | | Buy | 11/21 | J | | |
| 119. - VWO | | | | | Buy | 10/27 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/1/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Fairpoint Communications | | | | | Spinoff (from line 68) | 4/4 | J | | |
| 121. - Franklin High Yield (FRHIX) Fund | | | | | Buy | 11/18 | K | | |
| 122. - Blackrock Short Municipal (MALMX) Fund | | | | | Buy | 9/5 | L | | |
| 123. - Legg Mason (SHMMX) Fund | | | | | Buy | 9/19 | K | | |
| 124. - Legg Mason (STXAX) Fund | | | | | Buy | 11/3 | K | | |
| 125. - Chevron | | | | | Buy | 12/31 | J | | |
| 126. - Heineken | | | | | Buy | 12/31 | J | | |
| 127. - Nokia | | | | | Buy | 12/31 | J | | |
| 128. - Van Kampen Municipal (VKI) | | | | | Buy | 1/22 | K | | |
| 129. IRA #1(formlery Thomas McDonald Partners) | D | Int./Div. | N | T | | | | | |
| 130. - Bond Fund of America (BFAFX) | | | | | | | | | |
| 131. - Calamos (CVTEX) | | | | | | | | | |
| 132. - Gateway (GATEX) | | | | | | | | | |
| 133. - Munder Mid Cap (MGOAX) | | | | | | | | | |
| 134. - Oppenheimer Internatonal (OIBAX) | | | | | | | | | |
| 135. - Pennsylvania Mutual (PENNX) | | | | | | | | | |
| 136. - Thomas McDonald Money Market Fund | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2.501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/1/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - I Shares Russell Midcap (IWS) | | | | | | | | | |
| 138. - Growth Fund of America (GFAFX) | | | | | | | | | |
| 139. - Henderson European Focus | | | | | | | | | |
| 140. - Thornburg International Value (TGVIX) | | | | | | | | | |
| 141. - Van Kampen Growth & Income (ACGM X) | | | | | | | | | |
| 142. - Senior Living Comntys Senior Sub Note | | | | | | | | | |
| 143. - Dividend Capital Total Realty Trust | | | | | | | | | |
| 144. IRA #2 (formerly Nationwide Retirement 403(B)) | E | Int./Div. | N | T | | | | | |
| 145. - Am Century VP Value (Fund) | | | | | Sold | 3/25 | K | | |
| 146. - Dreyfus Small Capital Stock (Fund) | | | | | Sold | 3/25 | L | | |
| 147. - Dreyfus Stock Index (Fund) | | | | | | | | | |
| 148. - Fidelity VIP2 Contra (Fund) | | | | | | | | | |
| 149. - Gartmore GVIT International Index (Fund) | | | | | | | | | |
| 150. - Gartmore MdCap Index (Fund) | | | | | Sold | 3/25 | K | | |
| 151. - Gartmore USGRTHLDERS (Fund) | | | | | | | | | |
| 152. - Oppenheimer Global (Fund) | | | | | | | | | |
| 153. - Nationwide Fixed Account | | | | | Sold | 1/28 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| Zouhary, Jack | - | 05/1/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Franklin Temp VIPT FR (Fund) | | | | | Sold | 3/25 | K | | |
| 155. - Gartmore Emerging Market (Fund) | | | | | | | | | |
| 156. - DFEOX | | | | | Buy | 4/22 | K | | |
| 157. - DFITX | | | | | Buy | 3/17 | K | | |
| 158. - DFREX | | | | | Buy | 3/17 | J | | |
| 159. - DFLAX | | | | | Buy | 3/17 | J | | |
| 160. - DFSHX | | | | | Buy | 4/22 | K | | |
| 161. - VIPSX | | | | | Buy | 6/9 | K | | |
| 162. - Schwab (Account) | | | | | Buy | 1/28 | J | | |
| 163. IRA #3 | E | Int./Div. | O | T | | | | | |
| 164. - Merrill Lynch Private Investors Portfolio (MLIM) | | | | | | | | | |
| 165. - Merrill Lynch Bank USA (Accounts) | | | | | | | | | |
| 166. - First Citizens (FCZA)* | | | | | | | | | |
| 167. - Ishares S&P Global (100) (Fund) | | | | | | | | | |
| 168. - BAC (formerly known as Merrill Lynch) (MER)* | | | | | | | | | |
| 169. - Microsoft (MSFT)* | | | | | | | | | |
| 170. - Orbital Sciences (ORB)* | | | | | Sold (part) | 7/1 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/1/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - Templeton Fund (TEI) | | | | | | | | | |
| 172. - Advent Claymore Global Fund | | | | | | | | | |
| 173. - Intel | | | | | Buy | 11/20 | O | | |
| 174. Fifth Third (Accounts) | E | Interest | N | T | | | | | |
| 175. Corus Bank (Accounts) | D | Interest | M | T | | | | | |
| 176. Key Bank (Accounts) | B | Interest | L | T | | | | | |
| 177. Rurban Financial | A | Dividend | J | T | | | | | |
| 178. Fifth Third IRA (CDs) | A | Interest | K | T | | | | | |
| 179. John Hancock Venture | D | Dividend | M | T | | | | | |
| 180. Reliastar Whole Life (Insurance) | A | Interest | J | T | | | | | |
| 181. US Savings Bonds | B | Interest | K | T | | | | | |
| 182. Washington County Ohio Health (Bond) | A | Interest | J | T | | | | | |
| 183. Toledo Lucas County Port Authority (Bond) | B | Interest | J | T | Redeemed (part) | 5/21 | J | | |
| 184. Citigroup (C)* | B | Dividend | K | T | | | | | |
| 185. Coca Cola Enterprises (CCE)* | A | Dividend | J | T | | | | | |
| 186. Walt Disney Company (DIS)* | A | Dividend | J | T | | | | | |
| 187. FFD Financial (FFDF)* | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/1/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Gliatech (GLIAQ)* | | None | J | T | | | | | |
| 189. Motorola (MOT)* | A | Dividend | J | T | | | | | |
| 190. Occidental Petroleum (OXY)* | A | Dividend | K | T | | | | | |
| 191. RPM International (RPM)* | A | Dividend | J | T | | | | | |
| 192. Tower Financial (TOFC)* | | None | J | T | | | | | |
| 193. US Bancorp (USB)* | A | Dividend | J | T | | | | | |
| 194. Huntington (formerly Unizan) * | A | Dividend | J | T | | | | | |
| 195. Wyeth (WYE)* | A | Dividend | K | T | | | | | |
| 196. Orbital (OBTEF)* | | None | J | T | | | | | |
| 197. Merrill Lynch CMA Funds (cash) | B | Interest | L | T | | | | | |
| 198. Sylvania Ohio City School (Bond) | B | Interest | K | T | | | | | |
| 199. Hancock County Ohio Hospital (Bond) | C | Interest | | | Sold | 7/13 | M | | |
| 200. Amgen (AMGN)* | | None | J | T | | | | | |
| 201. Applied Material (AMAT)* | A | Dividend | J | T | | | | | |
| 202. Ares Capital (ARCC)* | B | Dividend | K | T | | | | | |
| 203. AT&T (T)* | A | Dividend | K | T | | | | | |
| 204. Bristol-Myers Squibb (BMY)* | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/1/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  Coca Cola (KO)* | A | Dividend | J | T | | | | | |
| 206.  Conagra Foods (CAG)* | A | Dividend | J | T | | | | | |
| 207.  Eli Lilly (LLY)* | B | Dividend | K | T | | | | | |
| 208.  Intel (INTL)* | A | Dividend | J | T | | | | | |
| 209.  KeyCorp (KEY)* | B | Dividend | K | T | | | | | |
| 210.  Marathon Oil (MRO)* | A | Dividend | J | T | | | | | |
| 211.  ML&Co Mitts Russell (RRM) | | None | K | T | | | | | |
| 212.  ML&Co Mitts S&P (MTSM) | | None | K | T | | | | | |
| 213.  Sony (SNE)* | A | Dividend | K | T | | | | | |
| 214.  Verizon Communications (VZ)* | A | Dividend | J | T | | | | | |
| 215.  Zimmer Holdings (ZMH)* | | None | J | T | | | | | |
| 216.  Goldman Sachs Fund (GHYAX) | B | Interest | J | T | | | | | |
| 217.  Blackrock Mun Intermediate Fund (MUI) | C | Interest | L | T | | | | | |
| 218.  Blackrock Muniholdings Fund (MHD) | C | Interest | L | T | Sold (part) | 12/30 | K | | |
| 219.  Nuveen Fund (NZF) | A | Interest | K | T | | | | | |
| 220.  Diversified Credit Oppty Fund | | None | L | T | | | | | |
| 221.  CBS (CBSA)* | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| Zouhary, Jack | - | 05/1/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Goldman Sachs (GSMAX) | | None | J | T | | | | | |
| 223. Loomis Sayles (NEFZX) | A | Interest | J | T | | | | | |
| 224. Campbell Strategic | | None | L | T | | | | | |
| 225. Merck (MRK)* | A | Dividend | J | T | | | | | |
| 226. Fedl Home Loan (Govt Bond) | A | Interest | J | T | | | | | |
| 227. Ohio Water Dev (Bond) | A | Interest | J | T | | | | | |
| 228. Cleveland City (Bond) | B | Interest | K | T | | | | | |
| 229. Anthony Wayne School (Bond) | A | Interest | J | T | | | | | |
| 230. Lake Hospital (Bond) | A | Interest | | | Redeemed | 8/15 | K | | |
| 231. Lakewood City (Bond) | B | Interest | K | T | | | | | |
| 232. Cedar Fair (FUN)* | A | Dividend | J | T | | | | | |
| 233. Fifth Third (FITB)* | A | Dividend | K | T | | | | | |
| 234. Royal Dutch Shell (RDSA)* | A | Dividend | K | T | | | | | |
| 235. Oppenheimer Rochester Mun Fund (ORNAX) | A | Dividend | | | Sold | 12/18 | K | | |
| 236. AIG Mitts LATAM Currency Note | | None | K | T | | | | | |
| 237. Deutsche Bank Pref Trust IX | B | Dividend | K | T | | | | | |
| 238. Claymore Secs Defined 397 Zacks | A | Dividend | | | Redeemed | 8/8 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/1/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239.  Eaton Vance Nat Mun Fund | A | Dividend | K | T | | | | | |
| 240.  ML Currency BRIC Note | | None | | | Redeemed | 5/3 | K | | |
| 241.  Bowling Green State University (Bond) | A | Interest | J | T | | | | | |
| 242.  Waverly Ohio City Schools (Bond) | A | Interest | J | T | | | | | |
| 243.  Barberton Ohio City Schools (Bond) | A | Interest | J | T | | | | | |
| 244.  Springboro Ohio Swr System (Bond) | A | Interest | J | T | | | | | |
| 245.  Millcreek-West University Ohio (Bond) | A | Interest | J | T | | | | | |
| 246.  Verifone (PAY)* | | None | J | T | | | | | |
| 247.  Metamora Bank | A | Interest | L | T | | | | | |
| 248.  Nationwide Bank | B | Interest | L | T | Buy | 7/17 | L | | |
| 249.  Butler County (Bond) | B | Interest | K | T | Buy | 3/2 | K | | |
| 250.  Federal Home Loan Mortgage (Government Bond) | B | Interest | K | T | Buy | 6/23 | K | | |
| 251.  Henderson International (FHCAX) Fund | A | Dividend | K | T | Buy | 1/7 | K | | |
| 252.  IXJ | A | Dividend | K | T | Buy | 1/22 | K | | |
| 253.  Pfizer (PFE) | A | Dividend | J | T | Buy | 6/6 | J | | |
| 254.  VGT | A | Dividend | J | T | Buy | 10/2 | J | | |
| 255.  VEU | A | Dividend | J | T | Buy | 12/29 | J | | |

1. Income Gain Codes:      A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000     G =$100,001 - $1,000,000   H1 = $1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes             J =$15,000 or less        K =$15,001 - $50,000       L =$50,001 - $100,000        M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000    O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                           P3 =$25,000,001 - $50,000,000                        P4 =More than $50,000,000
3. Value Method Codes      Q =Appraisal              R =Cost (Real Estate Only)  S =Assessment               T =Cash Market
   (See Column C2)         U =Book Value             V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/1/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Gigamedia Limited - GIGM | | None | J | T | Buy | 9/17 | J | | |
| 257. VOHXX | A | Interest | K | T | Buy | 9/11 | K | | |
| 258. VOHIX | A | Interest | K | T | Buy | 9/19 | K | | |
| 259. DFA US Core Equity (DFQTX) | B | Dividend | M | T | Buy | 1/4 | M | | |
| 260. DFA International Core (DFIEX) | B | Dividend | K | T | Buy | 1/4 | K | | |
| 261. DFA Emerging (DFCEX) | B | Dividend | K | T | Buy | 1/4 | K | | |
| 262. Schwab (Account) | A | Interest | K | T | Buy | 1/4 | K | | |
| 263. Bank of America (formerly ML) (BAC) | A | Dividend | J | T | Buy | 3/6 | J | | |
| 264. VGK | A | Dividend | J | T | Buy | 8/19 | J | | |
| 265. Franklin High Yield Tax Free (FRHIX) Fund | A | Interest | J | T | Buy | 12/19 | J | | |
| 266. Legg Mason Municipal High (STXAX) Fund | A | Interest | J | T | Buy | 12/19 | J | | |
| 267. PNC (formerly National City) (IRA) (CD) | A | Interest | K | T | Buy | 3/18 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/1/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Names with asterisks are common stock.

Trust #1 (Line 3) is an Aggregate Ownership Arrangement in which ██████ is a one-fifth beneficiary. Assets are itemized.

IRA #1 (Line 130) and IRA #2 (Line 145) are ████ retirements, again itemized.

Deletions from 2008 Report:

Line 3: Last year was a broker account. Header line for assets that are reported elsewhere in the Report and therefore is deleted in 2008 as unnecessary information.

Line 4: Bank of New York (DTE) was consolidated with Line 1 and therefore is deleted in 2008 as unnecessary information.

Additions to 2008 Report:

Lines 92-112
As instructed in June 4, 2008 letter accepting 2007 Report, we have listed the "Various Municipal Tax-Exempt Bonds."

Lines 115-128
Acquisitions made to Trust #1

Lines 156-162
Acquisitions made to IRA #2

Line 173
Acquisition made to IRA #3

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 05/1/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544